FILED ___ LODGED
___ RECEIVED ___ COPY

NOV 17 2011

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# WRITTEN RECORD OF PLEA AGREEMENT
## U.S. MAGISTRATE JUDGE
## FLAGSTAFF, ARIZONA

UNITED STATES OF AMERICA v. **Carl Clinton Miller**

MAG. NO. 10-04249MP-001-PCT-MEA

Year of Birth: 1967  Last four of SSN: 8802

ADMITTING PROBATION **Paragraph A** (Condition #9-*Shall not purchase, possess or use any narcotic or controlled substance).* Defendant used methamphetamine on or about October 13, 2011. **Paragraph B** (Special Condition #1-*Shall participate in a program of substance abuse.)* Defendant failed to submit to drug testing on 1/7/11, 2/4/11, 3/23/11, 6/9/11, 7/14/11, and 8/4/11. **Paragraph C** (Special Condition #3-*Shall not consume or possess alcohol.)* Defendant consumed alcohol on or about February 19, 2011.

MAX. IMPRISONMENT: Six (6) months

MAX. PROBATION/SUPERVISED RELEASE: (18 U.S.C. § 3561(c) and § 3583(b)(3)) _____
Five (5) Years Probation/Supervised Release not available

RULE 11(c)(1)(C), F.R. Crim. P., Stipulated Sentence:
Defendant's probation shall be revoked. He shall be sentenced to (90) days in jail with credit for time served. Defendant's probation will be terminated unsuccessfully.

DISPOSITION OF ADDITIONAL VIOLATIONS: NA

I, **Carl Clinton Miller**, understand that the above disposition provision is binding upon the Court if the Court accepts my guilty plea under this plea agreement.

By my admission to violating probation, I will be giving up my rights to plead not guilty; to confront, cross-examine and compel the attendance of witnesses; to present evidence in my defense; to remain silent and refuse to be a witness against myself by asserting my privilege against self-incrimination – all with the assistance of counsel – in a hearing on these violations. I waive my right to a hearing on these violations, agree to enter my admission before and to be sentenced by a U.S. Magistrate Judge, and waive any right to appeal or otherwise challenge my conviction and disposition. The nature of the charge(s) and the possible penalties have been explained to me, and there is a factual basis for each violation to which I am admitting. My

admission is not the result of force, threats, or promises other than any promises contained in this written agreement.

**I am not currently under the influence of alcohol or any other intoxicants and I am fully capable of understanding this agreement and enter it voluntarily.**

_____  _____
Carl Clinton Miller            Date
Defendant

_____  _____
Deborah Fine                   Date
Attorney for Defendant

_____  _____
Patrick J. Schneider           Date
Assistant U. S. Attorney

_____  _____
MARK E. ASPEY                  Date
U. S. Magistrate Judge

__X__ ACCEPTED  _____ REJECTED